AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

SAINT-GOBAIN ABRASIVES, INC.

V.

PFERD, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-40035 FDS**

TO: (Name and address of Defendant)

Pferd, Inc.
30 Jytek Drive
Leominster, MA 01453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew B. Lowrie, Esq.
Lowrie, Lando & Anastasi, LLP
One Main Street
Cambridge, MA 02142

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                      2-25-05

CLERK                                             DATE

_Sherry Jones_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  April 22, 2005 |
| NAME OF SERVER (PRINT)  Timothy McGonigal | TITLE  Constable |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　 Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☒ G  Other (specify): By handing true and attested copies thereof to Mr. Ralph Whitcomb, it's Vice President of Finance and Duly Authorized Agent, In Hand. Said service was made at 30 Jytek Drive, Leominster, MA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $60.00 | SERVICES  $25.00 | TOTAL  $85.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 22, 2005          *[signature]*
　　　　　　　　Date　　　　　　　　　　　　Signature of Server

357 Cambridge Street, Cambridge, MA 02141
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.