IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>PFERD, INC.,<br><br>      Defendant. | Civil Action No.:  05-cv-40035 (FDS) |

## SAINT-GOBAIN ABRASIVES, INC.'S REPLY TO DEFENDANT'S COUNTERCLAIMS

Plaintiff Saint-Gobain Abrasives, Inc. ("Saint-Gobain"), by its counsel, answers the Counterclaims of Defendant Pferd, Inc. ("Pferd"), as follows:

1. Saint-Gobain admits that the Counterclaims purport to be for declaratory judgment with this Court having jurisdiction pursuant to 28 U.S.C. § 1331, 1338 and 2201-2202.

2. Saint-Gobain admits the allegations of this paragraph.

3. Saint-Gobain admits that Pferd purports to be a Delaware corporation with its principal place of business in Leominster, Massachusetts.

4. Saint-Gobain states that Saint-Gobain is a Massachusetts corporation with a place of business in Worcester, Massachusetts.

5. Saint-Gobain admits the allegations of this paragraph.

6. Saint-Gobain admits that it alleges in its Complaint that Pferd has infringed and is infringing the '317 patent. To the extent this paragraph alleges any fact beyond this, Saint-Gobain denies any such remaining allegations.

- 2 -

7. Saint-Gobain repeats and realleges its replies to the foregoing paragraphs.

8. Saint-Gobain denies the allegations of this paragraph.

9. Saint-Gobain denies the allegations of this paragraph, including subparagraphs (a), (b) and (c).

        Respectfully submitted,

        SAINT-GOBAIN ABRASIVES, INC.

Dated: June 1, 2005        by: /s/ Emily A. Berger
        Matthew B. Lowrie, BBO No. 563,414
        Emily A. Berger, BBO No. 650,841
        Lowrie, Lando & Anastasi, LLP
        Riverfront Office Park
        One Main Street - 11th Floor
        Cambridge, MA 02142
        Tel : 617-395-7000
        Fax: 617-395-7070