UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SAINT-GOBAIN ABRASIVES, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL NO. 05-40035-FDS |
| v. | ) ) | |
| PFERD, INC., | ) ) ) | |
| Defendant. | ) ) | |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT PFERD, INC.

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, defendant Pferd, Inc. ("Pferd"), states that its parent corporation is Pferd-Ruggeberg GmbH. Pferd further states that no publicly held company owns 10% or more of Pferd's stock.

**PFERD, INC.,**

By its attorneys:

Date: June 15, 2005

/s/ Laura L. Carroll
Laura L. Carroll (BBO #076180)
Merton E. Thompson (BBO #637056)
Anne C. Pareti (BBO #660496)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
Tel.  617-345-3000
Fax   617-345-3299

J:\Docs\25266\00008\00932745.DOC