UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 05-40035-FDS |
| v. ) | |
| ) | |
| PFERD, INC., ) | |
| ) | |
| Defendant. ) | |

## LOCAL RULE 16.1(D)(3) CERTIFICATION
## OF DEFENDANT PFERD, INC.

We, the undersigned, hereby certify that we have conferred in this matter:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Eugene G. Huegin, President
PFERD, INC.
30 Jytek Drive
Leominster, MA  01453

Laura L. Carroll (BBO# 076180)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110

Counsel to Defendant Pferd, Inc.

Dated: August 18, 2005