UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 05-cv-40035 (FDS) |
| PFERD, INC., | ) |
| Defendant. | ) |

## STIPULATED MOTION TO EXTEND SCHEDULE

The parties hereto, by and through their counsel, request that the liability discovery period in this matter be extended by six (6) weeks to January 26, 2006 and that the status conference presently scheduled for December 20, 2005 be rescheduled to some point shortly after January 26, 2006.

Dated: December 5, 2005

**SAINT-GOBAIN ABRASIVES, INC.,**    **PFERD, INC.,**

By its attorneys,    By its attorneys,

/s/ Emily A. Berger    /s/ Laura L. Carroll
Matthew B. Lowrie (BBO # 563414)    Laura L. Carroll (BBO #076180)
Aaron W. Moore (BBO # 638076)    Merton E. Thompson (BBO #637056)
Emily A. Berger (BBO # 650841)    Anne C. Pareti (BBO #660496)
LOWRIE, LANDO & ANASTASI, LLP    BURNS & LEVINSON LLP
Riverfront Office Park    125 Summer Street
One Main Street - 11th Floor    Boston, MA  02110
Cambridge, MA 02142    Tel.  617-345-3000
Tel: 617-395-7000    Fax   617-345-3299
Fax: 617-395-7070

SO ORDERED:

Dated: _____, 2005    _____
*F. Dennis Saylor, U. S. D. J.*