UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>PFERD, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-cv-40035 (FDS)<br>)<br>)<br>)<br>)<br>) |

**SAINT-GOBAIN'S MOTION TO PRECLUDE SUPPLEMENTATION OF
PFERD'S INVALIDITY OR WILLFULNESS DEFENSES**

Plaintiff Saint-Gobain Abrasives, Inc. ("Saint-Gobain") hereby moves for this Court to preclude Pferd, Inc. from supplementing its invalidity or willfulness defenses, for the reasons set forth in the accompanying memorandum of law.

WHEREFORE, Saint-Gobain hereby requests that this motion be ALLOWED.

**SAINT-GOBAIN ABRASIVES, INC.,**

By its attorneys,

January 26, 2006

/s/ Emily A. Berger
Matthew B. Lowrie (BBO # 563414)
Aaron W. Moore (BBO # 638076)
Emily A. Berger (BBO # 650841)
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

- 2 -

**Certification Pursuant to Local Rule 7.1(A)(2)**

      Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that counsel for the parties have conferred and attempted in good faith on January 10, 2006, January 20, 2006, and January 26, 2006, to resolve or narrow the issues in dispute, but were unable to do so.

Dated: January 26, 2006                          /s/ Emily A. Berger

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing SAINT-GOBAIN'S MOTION TO PRECLUDE SUPPLEMENTATION OF PFERD'S INVALIDITY OR WILLFULNESS DEFENSES was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants this 26th day of January, 2006.

            Laura L. Carroll, Esq.
            lcarroll@burnslev.com
            Merton E. Thompson, Esq.
            mthompson@burnslev.com
            BURNS & LEVINSON LLP
            125 Summer Street
            Boston, MA 02210


Dated: January 26, 2006          /s/ Emily A. Berger

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC., )<br>)<br>Plaintiff, )<br>) CIVIL ACTION NO. 05-cv-40035 (FDS)<br>v. )<br>)<br>PFERD, INC., )<br>)<br>Defendant. )<br>) | |

**[Proposed] ORDER**

Upon consideration, and for the reasons set forth therein, Saint-Gobain Abrasive, Inc.'s Motion to Preclude Supplementation of Pferd's Invalidity or Willfulness Defenses is ALLOWED.  Specifically:

(1) Pferd is prohibited from relying on any of the references listed in Pferd's Second Revised Preliminary Invalidity Contentions at trial and from relying on any new reference raised for the first time after the close of the liability discovery period on January 26, 2006, and

(2) Pferd is prohibited from relying on any advice of counsel in support of its defense of willful infringement, as the willfulness discovery period was open, no such opinion was produced during the discovery period, and use of an opinion has therefore been waived.

Dated: _____, 2006

Hon. F. Dennis Saylor IV,  D. Mass.