# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PFERD, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 05-40035-FDS |

## MOTION OF DEFENDANT PFERD, INC. TO COMPEL DEPOSITION

Defendant Pferd, Inc. ("Pferd"), hereby moves this Court for an Order, pursuant to Fed. R. Civ. P. 30 and 37, and Local Rules 7.1 and 37.1, compelling the plaintiff, Saint-Gobain Abrasives, Inc. ("Saint-Gobain"), to produce Mary Porter, a Saint-Gobain employee, for deposition. The grounds for this motion are set forth in the accompanying Memorandum.

WHEREFORE, for the reasons set forth in the accompanying Memorandum, defendant Pferd, Inc. respectfully requests that this Court:

(1) Enter an Order compelling Saint-Gobain to produce Mary Porter for deposition within seven (7) days;

(2) Award Pferd its reasonable expenses incurred in making this Motion, including reasonable attorneys' fees, pursuant to Fed. R. Civ. P. 37(a)(4); and

(3) Grant such other and further relief as this Court deems appropriate.

**Local Rules 7.1 and 37.1 Certification**

Defendant Pferd, Inc., certifies under Local Rules 7.1 and 37.1 that conferences were held in a good faith attempt to narrow or resolve the issues raised herein.

**PFERD, INC.,**

By its attorneys,

Date:  January 26, 2006          /s/ Laura L. Carroll
                                  Laura L. Carroll (BBO #076180)
                                  Merton E. Thompson (BBO #637056)
                                  Anne C. Pareti (BBO #660496)
                                  BURNS & LEVINSON LLP
                                  125 Summer Street
                                  Boston, MA  02110
                                  Tel.  617-345-3000
                                  Fax   617-345-3299

**CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of this Motion to Compel to be served, by electronic and First Class Mail upon the following counsel of record:

Matthew B. Lowrie, Esq.
Emily A. Berger, Esq.
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142

Dated: January 26, 2006          /s/ Laura L. Carroll
                                  Laura L. Carroll