UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SAINT-GOBAIN ABRASIVES, INC., | ) ) ) |  |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) | NO. 05-40035-FDS |
| PFERD, INC., | ) ) ) |  |
| Defendant. | ) ) |  |

**ASSENTED-TO MOTION OF DEFENDANT PFERD, INC.
FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Defendant Pferd, Inc. ("Pferd"), hereby moves this Court for an Order, pursuant to Local Rule 7.2, granting Pferd leave to file Exhibit 5 to Pferd's Memorandum in support of its pending Motion to Compel Deposition of Mary Porter (Docket #14 and 15) under seal. As grounds therefor, Pferd states as follows:

(1) This Court entered a Stipulated Protective Order (Docket #10) ("Protective Order") in this case on October 26, 2005.

(2) Paragraph 7 of the Protective Order provides that the transcripts of all depositions taken in this case shall be treated as "Confidential" pursuant to the terms of the Protective Order for thirty (30) days following the parties' receipt of a certified copy of the transcript.

(3) After that thirty-day period, the transcript or any portions thereof shall remain "Confidential" pursuant to the Protective Order only if so designated by a party in the action.

(4) Exhibit 5 to Pferd's pending Motion to Compel Deposition contains excerpts from the deposition of F. Guy Timm, plaintiff Saint-Gobain Abrasives, Inc.'s Fed. R. Civ. P. 30(b)(6) witness, who was deposed on January 17, 2006, just over a week ago.

(5) The transcript is in a draft form provided by the court reporter, and Pferd has not yet received a certified copy of the transcript. As a result, pursuant to Paragraph 7 of the Protective Order, Mr. Timm's entire transcript is deemed "Confidential" at this time.

(6) Paragraph 13 of the Protective Order requires that any "Confidential" materials to be filed with the Court must be filed under seal, thereby prompting this Motion.

(7) Counsel for plaintiff Saint-Gobain Abrasives, Inc., has assented to this Motion.

WHEREFORE, for the foregoing reasons, defendant Pferd, Inc. respectfully requests that this Court:

(1) Enter an Order permitting Pferd to file Exhibit 5 to its Motion to Compel Deposition under seal; and

(3) Grant such other and further relief as this Court deems appropriate.

                    Respectfully submitted,

                    **PFERD, INC.,**

                    By its attorneys,

Date:  January 27, 2006          /s/ Laura L. Carroll_____
                                                 Laura L. Carroll (BBO #076180)
                                                 Merton E. Thompson (BBO #637056)
                                                 Anne C. Pareti (BBO #660496)
                                                 BURNS & LEVINSON LLP
                                                 125 Summer Street
                                                 Boston, MA  02110
                                                 Tel.  617-345-3000
                                                 Fax   617-345-3299

Assented to:

/s/ Emily A. Berger_____
Matthew B. Lowrie (BBO #563414)
Aaron W. Moore (BBO #638076)
Emily A. Berger (BBO #650841)
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel.  617-395-7000
Fax   617-395-7070

Attorneys for plaintiff Saint-Gobain Abrasives, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of this Motion to be served, by electronic and First Class Mail upon the following counsel of record:

Matthew B. Lowrie, Esq.
Emily A. Berger, Esq.
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA  02142


Dated:  January 27, 2006         /s/ Laura L. Carroll_____
                                 Laura L. Carroll