UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PFERD, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 05-40035-FDS |

**MOTION OF DEFENDANT PFERD, INC. TO COMPEL DISCOVERY**

Defendant Pferd, Inc. ("Pferd"), hereby moves this Court for an Order, pursuant to Fed. R. Civ. P. 34 and 37, and Local Rules 7.1 and 37.1, compelling the plaintiff, Saint-Gobain Abrasives, Inc. ("Saint-Gobain"), to supply the requested production of documents and answers to interrogatories in Pferd's discovery requests. The grounds for this motion are set forth in the accompanying Memorandum.

WHEREFORE, for the reasons set forth in the accompanying Memorandum, defendant Pferd, Inc. respectfully requests that this Court:

(1) Enter an Order compelling Saint-Gobain to deliver documents designated Nos. 1-20, 45, 52-54, 95-104, 112-117 and 130 in its privilege log for an *in camera* review within seven (7) days;

(2) Enter an Order compelling Saint-Gobain to supplement its Responses to Pferd's Request for Document Production and identify by Bates No. which documents were produced in response to each numbered request within seven (7) days.

(3)  Enter an Order compelling Saint-Gobain to produce the requested production of documents and answers to interrogatories within seven (7) days;

(4)  Award Pferd its reasonable expenses incurred in making this Motion, including reasonable attorneys' fees, pursuant to Fed. R. Civ. P. 37(a)(4); and

(5)  Grant such other and further relief as this Court deems appropriate.

**Local Rules 7.1 and 37.1 Certification**

Defendant Pferd, Inc., certifies under Local Rules 7.1 and 37.1 that conferences were held in a good faith attempt to narrow or resolve the issues raised herein.

**PFERD, INC.,**

By its attorneys,

Date: February 3, 2006

/s/Merton E. Thompson
Laura L. Carroll (BBO #076180)
Merton E. Thompson (BBO #637056)
Anne C. Pareti (BBO #660496)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
Tel.  617-345-3000
Fax  617-345-3299

## **CERTIFICATE OF SERVICE**

      I hereby certify that today I caused a true and correct copy of this Motion to Compel to be served, by electronic and First Class Mail upon the following counsel of record:

Matthew B. Lowrie, Esq.
Emily A. Berger, Esq.
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142


Dated: February 3, 2006        /s/Merton E. Thompson
                                        Merton E. Thompson

00989556