# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PFERD, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 05-40035-FDS |

## ASSENTED TO MOTION OF DEFENDANT PFERD, INC. TO FILE EXHIBIT UNDER SEAL

Defendant Pferd, Inc. ("Pferd"), hereby moves this Court for an Order, pursuant to Local Rule 7.2 to file Exhibit E to Pferd's Memorandum in support of its pending Motion to Compel Discovery under seal. As grounds therefor, Pferd states as follows:

(1) This Court entered a Stipulated Protective Order (Docket #10) ("Protective Order") in this case on October 26, 2005.

(2) Paragraph 7 of the Protective Order provides that the transcripts of all depositions taken in this case shall be treated as "Confidential" pursuant to the terms of the Protective Order for thirty (30) days following the parties' receipt of a certified copy of the transcript.

(3) After that thirty-day period, the transcript or any portions thereof shall remain "Confidential" pursuant to the Protective Order only if so designated by a party in the action.

(4) Exhibit E to Pferd's pending Motion to Compel Deposition contains excerpts from the deposition of F. Guy Timm, plaintiff Saint-Gobain Abrasives, Inc.'s Fed. R. Civ. P. 30(b)(6) witness, who was deposed on January 17, 2006, just over a week ago. The transcript is in a draft form provided by the court reporter; Pferd has not yet received a certified copy of the transcript.

(5) As a result, pursuant to Paragraph 7 of the Protective Order, Mr. Timm's entire transcript is deemed "Confidential" at this time.

(6) Paragraph 13 of the Protective Order requires that any "Confidential" materials to be filed with the Court must be filed under seal, thereby prompting this Motion.

WHEREFORE, for the foregoing reasons, defendant Pferd, Inc. respectfully requests that this Court:

(1) Enter an Order permitting Pferd to file Exhibit E to its Motion to Compel Deposition under seal; and

(3) Grant such other and further relief as this Court deems appropriate.

**PFERD, INC.,**

By its attorneys,

Date: February 3, 2006

/s/ Merton E. Thompson
Laura L. Carroll (BBO #076180)
Merton E. Thompson (BBO #637056)
Anne C. Pareti (BBO #660496)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Tel. 617-345-3000
Fax 617-345-3299

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of this Motion to be served, by electronic and First Class Mail upon the following counsel of record:

Matthew B. Lowrie, Esq.
Emily A. Berger, Esq.
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142


Dated: February 3, 2006           /s/ Merton E. Thompson ___
                                  Merton E. Thompson