UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SAINT-GOBAIN ABRASIVES, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 05-40035-FDS |
| PFERD, INC., | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITIONS TO PENDING MOTIONS**

Plaintiff Saint-Gobain Abrasives, Inc. ("Saint-Gobain"), and defendant Pferd, Inc. ("Pferd"), hereby jointly move the Court for a one-day extension of time, for each party to file and serve Oppositions in response to two pending motions. Currently pending before the Court are Saint-Gobain's Motion to Preclude Supplementation of Pferd's Invalidity or Willfulness Defenses (Docket #12-13), and Pferd's Motion to Compel Deposition of Mary Porter (Docket #14-15).[1] The respective oppositions to both motions are due today, February 9, 2006. The parties are seeking a one-day extension of time, until tomorrow, Friday, February 10, 2006, in which to file and serve their oppositions to these two motions. Granting the requested extension will not impact any other deadlines in this action.

---

[1] Pferd also filed a Motion to Compel Discovery (Docket #18-19) on February 3, 2006. Saint-Gobain's opposition to that Motion is not due until February 17, 2006, and is not the subject of this present motion for extension.

WHEREFORE, plaintiff Saint-Gobain Abrasives, Inc. and defendant Pferd, Inc. respectfully request that this Court grant them each a one-day extension of time in which to file and serve their oppositions to Saint-Gobain's Motion to Preclude and Pferd's Motion to Compel Deposition, and Grant such other and further relief as this Court deems appropriate.

| | |
|---|---|
| **SAINT-GOBAIN ABRASIVES, INC**. | **PFERD, INC.** |
| By its attorneys, | By its attorneys, |
| /s/ Emily A. Berger | /s/ Laura L. Carroll |
| Matthew B. Lowrie (BBO # 563,414) | Laura L. Carroll (BBO # 076,180) |
| Aaron W. Moore (BBO # 638,076) | Merton E. Thompson (BBO # 637,056) |
| Emily A. Berger (BBO # 650,841) | Anne C. Pareti (BBO # 660,496) |
| Lowrie, Lando & Anastasi, LLP | Burns & Levinson LLP |
| Riverfront Office Park | 125 Summer Street |
| One Main Street - 11th Floor | Boston, MA 02110 |
| Cambridge, MA 02142 | Tel: 617-345-3000 |
| Tel: 617-395-7000 | Fax: 617-345-3299 |
| Fax: 617-395-7070 | |

Date:  February 9, 2006

SO ORDERED:

Dated: _____, 2006          _____
                                                              F. Dennis Saylor, U.S.D.J.

## **CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of this Motion for Extension, by electronic mail, upon the following counsel of record:

Matthew B. Lowrie, Esq.
Emily A. Berger, Esq.
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142

Dated: February 9, 2006        /s/ Laura L. Carroll_____
                               Laura L. Carroll