UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PFERD, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 05-40035-FDS |

**MOTION OF DEFENDANT PFERD, INC. TO FILE EXHIBITS UNDER SEAL**

Defendant Pferd, Inc. ("Pferd"), hereby moves this Court for an Order, pursuant to Local Rule 7.2 to file Exhibits D and E in support of Pferd's Memorandum in Opposition to Plaintiff's Motion to Preclude Supplementation of Pferd's Invalidity or Willfulness Defenses under seal. As grounds therefor, Pferd states as follows:

(1) This Court entered a Stipulated Protective Order (Docket #10) ("Protective Order") in this case on October 26, 2005.

(2) Paragraph 1 of the Protective Order provides that any party may designate as "Confidential" any documents that contain Confidential Information, pursuant to the terms of the Protective Order.

(3) Exhibit D to Pferd's pending Memorandum in Opposition to Plaintiff's Motion to Preclude Supplementation of Pferd's Invalidity or Willfulness Defenses is a document which plaintiff Saint-Gobain Abrasives, Inc. ("Saint-Gobain") has designated as "Confidential."

(4) Paragraph 7 of the Protective Order provides that the transcripts of all depositions taken in this case shall be treated as "Confidential" pursuant to the terms of the Protective Order for thirty (30) days following the parties' receipt of a certified copy of the transcript.

(5) After that thirty-day period, the transcript or any portions thereof shall remain "Confidential" pursuant to the Protective Order only if so designated by a party in the action.

(6) Exhibit E to Pferd's pending Memorandum in Opposition to Plaintiff's Motion to Preclude Supplementation of Pferd's Invalidity or Willfulness Defenses contains excerpts from the deposition of F. Guy Timm, Saint-Gobain's Fed. R. Civ. P. 30(b)(6) witness, who was deposed on January 17, 2006. A certified copy of the transcript was received less than 30 days ago.

(7) As a result, pursuant to Paragraph 7 of the Protective Order, Mr. Timm's entire transcript is deemed "Confidential" at this time.

(8) Paragraph 13 of the Protective Order requires that any "Confidential" materials to be filed with the Court must be filed under seal, thereby prompting this Motion.

WHEREFORE, for the foregoing reasons, defendant Pferd, Inc. respectfully requests that this Court:

(1) Enter an Order permitting Pferd to file Exhibits D and E to its Motion to Compel Deposition under seal; and

(2) Grant such other and further relief as this Court deems appropriate.

|  |  |
|---|---|
|  | **PFERD, INC.,** |
|  | By its attorneys, |
| Date:  February 10, 2006 | /s/ Laura L. Carroll_____ |
|  | Laura L. Carroll (BBO #076180) |
|  | Merton E. Thompson (BBO #637056) |
|  | Anne C. Pareti (BBO #660496) |
|  | BURNS & LEVINSON LLP |
|  | 125 Summer Street |
|  | Boston, MA  02110 |
|  | Tel.  617-345-3000 |
|  | Fax   617-345-3299 |

### CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of this Motion to be served, by electronic and First Class Mail upon the following counsel of record:

Matthew B. Lowrie, Esq.
Emily A. Berger, Esq.
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142

Dated: February 10, 2006           /s/ Laura L. Carroll____
                                   Laura L. Carroll