# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SAINT-GOBAIN ABRASIVES, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 05-40035-FDS |
| PFERD, INC., | ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT PFERD, INC.'S REPLY MEMORANDUM
## IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY

Defendant Pferd, Inc. ("Pferd"), respectfully submits this Reply in support of Pferd's Motion to Compel Discovery (Docket #18, 19), in order to address certain issues raised in the Opposition (Docket #29) filed by plaintiff Saint-Gobain Abrasives, Inc. ("Saint-Gobain").

Before Pferd moved to compel discovery, its counsel made a concerted effort to resolve the discovery issues in accordance with Local Rule 37.1. (Counsel's lengthy correspondence was attached as exhibits to Pferd's Memorandum in support of its motion to compel.) Prior to filing the Motion to Compel, Pferd's counsel endeavored to speak with Saint-Gobain's counsel, but was advised that its lead counsel, Matthew B. Lowrie, was not available until late afternoon on January 26, 2006, the final day for liability discovery pursuant to the Court's electronic order of December 6, 2005.

During the Local Rule 37.1 conference, Mr. Lowrie agreed that Saint-Gobain would supplement certain discovery responses by the following Friday, February 3, 2006,

and review the sufficiency of its document production.  In response, and consistent with their obligations under Local Rule 37.1 "to narrow the areas of disagreement to the greatest possible extent," Pferd's counsel stated that it would not move to compel until they had reviewed the promised supplementation.

At the Status Conference held the following Tuesday, January 31, 2006, Mr. Lowrie seemed to indicate that no more discovery would be forthcoming from Saint-Gobain.  Nonetheless, in reliance on Mr. Lowrie's prior promise to supplement, Pferd waited until shortly before close of business that Friday, February 3, 2006.  When it did not receive any supplemental responses from Saint-Gobain, Pferd filed its Motion to Compel Discovery (Docket #18, 19).

Soon after Pferd filed and served its moving papers, Saint-Gobain served supplemental responses to Pferd's Interrogatories Nos. 3, 4, 8 and 14.  Accordingly, Pferd's Motion to Compel Discovery is now moot with respect to those four interrogatories.

Saint-Gobain contends in its Opposition that Pferd's Motion is untimely.  Pferd maintains that it acted diligently and reasonably in seeking relief from the Court.  Any delay in filing its Motion to Compel was to avoid unnecessarily burdening the Court and as a result of reliance on the representations of opposing counsel.  Moreover, in light of this Court's revised Scheduling Order on January 31, 2006, Pferd's Motion to Compel should be considered timely.

Accordingly, Pferd requests that this Court compel Saint-Gobain to produce all documents, answers and responses that have been identified as missing or insufficient.  In particular, for the reasons set forth in Pferd's Memorandum in support of its Motion to

Compel (Docket #19), Pferd asks that the Court compel Saint-Gobain to fully respond to Pferd's Interrogatories Nos. 2, 5, 9, 10, 12, and 13, and Pferd's Document Requests Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 17, 18, 19, 23, 24, 34, 36, 38, and 40.

                                      Respectfully submitted,

                                      **PFERD, INC.,**

                                      By its attorneys,

Date:  March 1, 2006                    /s/ Merton E. Thompson
                                                 Laura L. Carroll (BBO #076180)
                                                 Merton E. Thompson (BBO #637056)
                                                 Anne C. Pareti (BBO #660496)
                                                 BURNS & LEVINSON LLP
                                                 125 Summer Street
                                                 Boston, MA  02110
                                                 Tel.  617-345-3000
                                                 Fax   617-345-3299