IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PFERD, INC., <br><br> Defendant. | Civil Action No.:  05-cv-40035 (FDS) |

**JOINT MOTION OF SAINT-GOBAIN AND VALLEY DIE FOR
PROTECTIVE ORDER OF VALLEY DIE**

Pursuant to Federal Rule of Civil Procedure 26(c), Saint-Gobain Abrasives, Inc. ("Saint-Gobain") and Valley Die Castings, Inc. ("Valley Die"), hereby move for a protective order to stay enforcement of the third-party subpoena issued in this case by defendant Pferd, Inc. ("Pferd") to Andrew Brown of Valley Die Castings, Inc. on or about February 24, 2006 (the "Subpoena") and order that fact discovery sought for the first time after the January 26, 2006 cut-off not be had for the reasons set forth in the accompanying memorandum of law.

WHEREFORE, Saint-Gobain and Valley Die hereby request that this motion be ALLOWED.

Respectfully submitted,

SAINT-GOBAIN ABRASIVES, INC. and
VALLEY DIE CASTINGS, INC.,

Dated: March 6, 2006   by:   /s/ Emily A. Berger
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Emily A. Berger, BBO No. 650,841
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2006, a true copy of the JOINT MOTION OF SAINT-GOBAIN AND VALLEY DIE FOR PROTECTIVE ORDER OF VALLEY DIE and supporting MEMORANDUM was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Laura L. Carroll, Esq.
Merton E. Thompson, Esq.
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110

/s/ Emily A. Berger

Certification Pursuant to Local Rule 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that counsel for the parties have attempted in good faith to resolve or narrow the issues in dispute, but were unable to do so.

Dated: March 6, 2006   /s/ Emily A. Berger