IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>PFERD, INC.,<br><br>     Defendant. | Civil Action No.:  05-cv-40035 (FDS)<br><br>**EMERGENCY TELEPHONIC HEARING REQUESTED** |

### JOINT EMERGENCY MOTION OF SAINT-GOBAIN AND VALLEY DIE FOR ORDER TO STAY DEPOSITION PENDING DECISION ON PARTIES' MOTION FOR PROTECTIVE ORDER OF VALLEY DIE

Pursuant to Federal Rule of Civil Procedure 26(c), Saint-Gobain Abrasives, Inc. ("Saint-Gobain") and Valley Die Castings, Inc. ("Valley Die"), have moved for a protective order to stay enforcement of the third-party subpoena issued in this case by defendant Pferd, Inc. ("Pferd") to the President of Saint-Gobain's commercial supplier, Andrew Brown of Valley Die Castings, Inc. (the "Subpoena").  The deposition subpoena was served on or around February 24, 2006, and specifies a deposition date of March 9, 2006.

Fact discovery in this case closed on January 26, 2006 and this Court has said that it will be "stingy in terms of permitting additional fact discovery." (Docket No. 28, at p. 13.)  As explained in the motion for a protective order, the Valley Die subpoena is both untimely and also directed largely or entirely to information not relevant to liability.  At a Rule 7.1 conference, counsel for Pferd declined to withdraw the subpoena and also declined to explain or justify why this discovery was not sought before.

Today, counsel for Defendant informed the undersigned that it also will not agree to

postpone the deposition of Mr. Brown to permit the Court to rule on Saint-Gobain's motion for a protective order to prevent the deposition from going forward.  See Electronic Mail between L. Carroll to E. Berger, attached as Exhibit A.[1]

As a result, Saint-Gobain and Valley Die request an order enjoining Pferd from proceeding with the deposition until after the Court has an opportunity to rule on the merits of the underlying motion.

Saint-Gobain and Valley Die further request that a teleconference be set by the Court to take place tomorrow, March 7, 2006, in the afternoon, should the Court wish to hear argument.

Respectfully submitted,

SAINT-GOBAIN ABRASIVES, INC. and
VALLEY DIE CASTINGS, INC.,

Dated: March 6, 2006        by:        /s/ Emily A. Berger
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Emily A. Berger, BBO No. 650,841
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

---

[1] Pferd proposes that the deposition take place by telephone.  Of course, such an arrangement unfairly prejudices counsel for Saint-Gobain, who is also counsel for Valley Die.  Any counsel, including Valley Die's would like an opportunity to meet with the client before the deposition and be available to the client during the deposition.

CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of March, 2006, a true copy of the JOINT EMERGENCY MOTION OF SAINT-GOBAIN AND VALLEY DIE FOR ORDER TO STAY DEPOSITION PENDING DECISION ON PARTIES' MOTION FOR PROTECTIVE ORDER OF VALLEY DIE was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      Laura L. Carroll, Esq.
      Merton E. Thompson, Esq.
      BURNS & LEVINSON LLP
      125 Summer Street
      Boston, MA 02110

      /s/ Emily A. Berger

# EXHIBIT A

**From:** Laura Carroll [mailto:lcarroll@burnslev.com]
**Sent:** Monday, March 06, 2006 11:41 AM
**To:** Emily Berger
**Cc:** Merton Thompson
**Subject:** RE: Conference re Motion for Protective Order

Dear Emily,

Because of the short time remaining to complete discovery, we cannot agree to stay the deposition of Mr. Brown until Judge Saylor rules on the motion I understand you plan to file.

You have represented to me that Mr. Brown does not plan to bring any documents with him to the deposition. As you indicated in your email to me (pasted below), I told you last Friday what we proposed to ask Mr. Brown, based on your representations. Assuming your representations are accurate, I anticipate that Mr. Brown's deposition would not take long. We would therefore be willing to conduct it by telephone, i.e., Mr. Brown and the court reporter would be at the offices of Atlas & Hall in McAllen, TX, and we could each question him by telephone.

Laura L. Carroll, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110
617-345-3339 (direct dial)
617-345-3299 (fax)
LCarroll@burnslev.com
www.burnslev.com

---

**From:** Emily Berger [mailto:eberger@ll-a.com]
**Sent:** Friday, March 03, 2006 5:35 PM
**To:** Laura Carroll
**Cc:** Merton Thompson; SG6004
**Subject:** Conference re Motion for Protective Order

Dear Laura,

Thank you for speaking with me in an effort to resolve or narrow the issues regarding the subpoena duces tecum

3/6/2006

to Andrew Brown. As we discussed, I requested that you withdraw your subpoena. I also informed you that Andrew Brown was not employed by the company from mid 1993-December 1996 and that he did not have responsive, relevant, non-privilege documents in his possession that pre-dated the filing of the patent-in-suit.

You suggested that you would consider withdrawing your subpoena on the condition that Andrew Brown provided an affidavit regarding the search he made, whether he is aware of anyone who would have had dealings with Norton, and whether he is aware where to find any such person.

At this juncture, we believe that it is not necessary to provide you with such discovery after the discover deadline has passed and that it will be necessary to move for a Protective Order on Monday.

I also asked that you consider whether it will be necessary to move on an Emergency basis or whether you would agree to stay the deposition pending the Court's decision. I appreciate your response on that issue before noon on Monday.

**Emily A. Berger**
*Associate*
**Lowrie, Lando & Anastasi, LLP**
Riverfront Office Park
One Main Street, 11th Floor
Cambridge, MA 02142
eberger@LL-A.com
T (617) 395-7000; F (617) 395-7070; DD (617) 395-7038

*Confidentiality Note: This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*

3/6/2006