UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SAINT-GOBAIN ABRASIVES, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 05-40035-FDS |
| PFERD, INC., | ) ) ) | |
| Defendant. | ) ) | |

**ASSENTED-TO MOTION OF DEFENDANT PFERD, INC.
FOR LEAVE TO FILE OPPOSITION BRIEF AND EXHIBITS UNDER SEAL**

Defendant Pferd, Inc. ("Pferd"), hereby moves this Court for an Order, pursuant to Local Rule 7.2, granting Pferd leave to file under seal Pferd's Opposition to the Joint Motion of Saint-Gobain and Valley Die for Protective Order ("Pferd's Opposition"), and Exhibits 2 and3 to Pferd's Opposition.  As grounds therefor, Pferd states as follows:

(1) Paragraph 13 of the Stipulated Protective Order (Docket #10) ("Protective Order") in this case requires that any "Confidential" materials must be filed with the Court under seal, thereby prompting this Motion.

(2) Exhibit 2 to Pferd's Opposition is a document which plaintiff Saint-Gobain Abrasives, Inc. ("Saint-Gobain") produced in discovery in this action, bearing Bates No. SG00451.  Saint-Gobain designated that document as "Confidential" under the Protective Order.

(3) Exhibit 3 to Pferd's Opposition is excerpts from the deposition of F. Guy Timm, Saint-Gobain's Fed. R. Civ. P. 30(b)(6) witness, who was deposed

on January 17, 2006.  At the beginning of his deposition, Saint-Gobain's counsel designated the entire deposition as "Confidential" pursuant to the terms of the Protective Order.

(4) Pferd's Opposition cites to certain deposition testimony of Mr. Timm. Because Saint-Gobain has designated his testimony as "Confidential," Pferd is required to file its Opposition under seal, under the terms of the Protective Order.  Pferd is filing electronically a version of its Opposition in which the quotations from Mr. Timm's deposition have been redacted.

(5) Counsel for Saint-Gobain has assented to this Motion.

WHEREFORE, for the foregoing reasons, defendant Pferd, Inc. respectfully requests that this Court:

(1) Enter an Order permitting Pferd to file under seal Exhibits 2 and 3 to its Opposition to the Joint Motion of Saint-Gobain and Valley Die for Protective Order; and

(2) Grant such other and further relief as this Court deems appropriate.

    Respectfully submitted,

    **PFERD, INC.,**

    By its attorneys,

Date:  March 13, 2006

/s/ Laura L. Carroll_____
Laura L. Carroll (BBO #076180)
Merton E. Thompson (BBO #637056)
Anne C. Pareti (BBO #660496)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
Tel.  617-345-3000
Fax   617-345-3299

Assented to:

/s/ Emily A. Berger_____
Matthew B. Lowrie (BBO #563414)
Aaron W. Moore (BBO #638076)
Emily A. Berger (BBO #650841)
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel.  617-395-7000
Fax   617-395-7070

Attorneys for plaintiff Saint-Gobain Abrasives, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that today I caused a true and correct copy of this Motion to be served, by electronic and First Class Mail upon the following counsel of record:

Matthew B. Lowrie, Esq.
Emily A. Berger, Esq.
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA  02142

Dated:  March 13, 2006                     /s/ Laura L. Carroll_____
                                           Laura L. Carroll