IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

SAINT-GOBAIN ABRASIVES, INC.,

       Plaintiff,

v.

PFERD, INC.,

       Defendant.

Civil Action No.: 05-cv-40035 (FDS)

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF JOINT MOTION OF SAINT-GOBAIN AND VALLEY DIE FOR PROTECTIVE ORDER OF VALLEY DIE UNDER SEAL**

Plaintiff Saint-Gobain Abrasives, Inc. ("Saint-Gobain") and third party Valley Die Castings, Inc. ("Valley Die"), move to file a reply brief in support of their Joint Motion for Protective Order of Valley Die (Docket No. 32) under seal. It is believed that this reply will aid the Court in its resolution of the motion.

As grounds for this Motion, Saint-Gobain states that the reply brief makes extensive reference to a transcript of its 30(b)(6) witness that contains confidential information and has been designated Confidential under the protective order governing this case. It is essential that the Court have access to the confidential materials in order to understand the issues before it.

Counsel for Pferd has indicated that it will not oppose this motion.

WHEREFORE, Saint-Gobain hereby requests that its Motion for Leave to File a Reply Memorandum in Support of its Motion Under Seal be ALLOWED.

Respectfully submitted,

SAINT-GOBAIN ABRASIVES, INC. and
VALLEY DIE CASTINGS, INC.,

Dated: March 16, 2006          by:     /s/ Emily A. Berger
                                       Matthew B. Lowrie, BBO No. 563,414
                                       Aaron W. Moore, BBO No. 638,076
                                       Emily A. Berger, BBO No. 650,841
                                       LOWRIE, LANDO & ANASTASI, LLP
                                       Riverfront Office Park
                                       One Main Street - 11th Floor
                                       Cambridge, MA 02142
                                       Tel: 617-395-7000
                                       Fax: 617-395-7070

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed today through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

> Laura L. Carroll, Esq.
> lcarroll@burnslev.com
> Merton E. Thompson, Esq.
> mthompson@burnslev.com
> BURNS & LEVINSON LLP
> 125 Summer Street
> Boston, MA 02210

Dated: March 16, 2006                  /s/ Emily A. Berger

2