**Emily A. Berger**
eberger@ll-a.com
direct dial 617-395-7038

March 29, 2006

**VIA CM/ECF**

Hon. F. Dennis Saylor
United States District Court
  For the District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA  01608

>Re:   Saint-Gobain Abrasives, Inc. v. Pferd, Inc.
>         C.A. No. 05-cv-40035 (FDS)

Dear Judge Saylor:

On January 31, the Court ordered that the parties file pleadings regarding future scheduling dates by March 29.

The parties have selected a mediator and intend to contact and schedule a date with that mediator. The parties have not yet reached an agreement as to what this means with regard to a proposed schedule. Saint-Gobain expects this issue will thus need to be taken up at next week's status conference.

Sincerely,

LOWRIE, LANDO & ANASTASI, LLP

/s/ Emily A. Berger

Emily A. Berger

EAB/cdd

cc:   Laura Carroll, Esq.
        Via CM/ECF