MERTON E. THOMPSON
617.345.3697
MTHOMPSON@BURNSLEV.COM

March 29, 2006

<u>**VIA CM/ECF**</u>

Hon. F. Dennis Saylor
United States District Court
  For the District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA  01608

      Re:    Saint-Gobain Abrasives, Inc. v. Pferd, Inc.
             C.A. No. 05-cv-40035 (FDS)

Dear Judge Saylor:

      Pferd agrees with Ms. Berger's letter to the Court (Docket #41) to the extent that the parties have agreed to pursue mediation and that, accordingly, further case scheduling should be discussed at the status conference April 13, 2006.

      Pferd believes, however, that compliance with this Court's Order dated March 17, 2006, Compelling Discovery, takes priority over scheduling or mediation issues as an orderly conclusion of fact discovery consistent with said Order is a necessary predicate to further advancement of this case.

                              Truly,

                              Burns & Levinson LLP
                              Attorneys for Pferd, Inc.

                              /s/ Merton E. Thompson