UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 05-cv-40035 (FDS) |
| PFERD, INC., | ) |
| Defendant. | ) |

**ASSENTED-TO MOTION TO EXTEND TIME TO PROVIDE FURTHER SUBMISSION**

Plaintiff Saint-Gobain Abrasives, Inc. ("Saint-Gobain"), by its counsel, moves that the time within which it is required to provide a further submission to Magistrate Judge Hillman (Docket No. 44) be extended to and including May 1, 2006, an extension of one business day.

As grounds for this motion, Saint-Gobain states that it requires a small amount of additional time to prepare its submission due to lead counsel's other obligations, including preparations for, traveling to, and attendance at depositions April 25 and April 26 that are out-of-state in a separate litigation involving different parties.

The time to file the submission has not expired and no party will be prejudiced by this motion. Pferd's counsel has assented to the request for an additional business day.

Dated: April 21, 2006      by:    /s/ Emily A. Berger
                                   Matthew B. Lowrie, BBO No. 563,414
                                   Aaron W. Moore, BBO No. 638,076
                                   Emily A. Berger, BBO No. 650,841
                                   Lowrie, Lando & Anastasi, LLP
                                   Riverfront Office Park
                                   One Main Street - 11th Floor
                                   Cambridge, MA 02142
                                   Tel: 617-395-7000
                                   Fax: 617-395-7070

CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing ASSENTED-TO MOTION TO EXTEND TIME TO PROVIDE FURTHER SUBMISSION was filed through the ECF system and will be sent electronically to the registered participants, including those persons listed below, this 21st day of April, 2006.

                Laura L. Carroll, Esq.
                lcarroll@burnslev.com
                Merton E. Thompson, Esq.
                mthompson@burnslev.com
                BURNS & LEVINSON LLP
                125 Summer Street
                Boston, MA 02110

                          /s/  Emily A. Berger
                          Emily A. Berger