UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN ABRASIVES, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 05-cv-40035 (FDS) |
| PFERD, INC., | ) |
| Defendant. | ) |

## CONSENT JUDGMENT

THIS MATTER comes before the Court upon a stipulation of the parties, requesting that a final decree, as to the matters set forth below, be entered as follows.

**THIS COURT ADJUDGES AND DECREES AS FOLLOWS:**

1. This action arises under the patent laws of the United States, Title 35 of the United States Code.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a).

3. Venue in this Court is proper.

4. Plaintiff, Saint-Gobain Abrasives, Inc. ("Saint-Gobain") is the owner of United States Patent No. 5,895,317 (the "'317 patent") issued on April 20, 1999, and has the right to sue on the '317 patent.

5. The '317 patent is valid and enforceable.

6. Defendant has infringed the '317 patent by using, offering for sale and selling certain products within the United States.

7. Defendant's infringement was not willful and defendant has acted responsibly and in good faith in its handling of this matter.

**FURTHER PROVISIONS:**

8. Defendant is permanently enjoined from further infringement of the '317 patent, including importing, making, assembling, using, selling, or offering for sale in or into the United States, the goods and materials covered by the '317 patent, without Saint-Gobain's prior written authorization.

9. The parties and their officers, agents, servants, employees and attorneys, and all those in active concert or participation with any of them who receive actual notice of this Consent Judgment by personal service or otherwise, as well as all successors and assigns of the parties, are bound thereby.

10. Violation of the within Consent Judgment is enforceable under the applicable contempt power of this Court.

11. This Court shall retain jurisdiction over the subject matter and parties to construe, enforce and implement this Consent Judgment, upon application of either party. All notices in connection with this Consent Judgment shall be deemed sufficient to each party when served by certified mail, return receipt requested, by overnight courier, or by facsimile, at the addresses indicated below or at such other place as a party may indicate in writing to the other party.

12. The parties waive their right to an appeal or otherwise contest this Consent Judgment.

13. Each party will bear its own fees and costs.

IT IS SO ORDERED AND DECREED THIS 31st day of July, 2006.

_____
United States District Judge

CONSENTED TO:

| SAINT-GOBAIN ABRASIVES, INC. | PFERD, INC. |
|---|---|
| /s/ Emily A. Berger | /s/ Laura L. Carroll |
| Matthew B. Lowrie (BBO # 563,414) | Laura L. Carroll (BBO # 076,180) |
| Emily A. Berger (BBO # 650,841) | Merton E. Thompson (BBO # 637,056) |
| Lowrie, Lando & Anastasi, LLP | Anne C. Pareti (BBO # 660,496) |
| Riverfront Office Park | Burns & Levinson LLP |
| One Main Street - 11th Floor | 125 Summer Street |
| Cambridge, MA 02142 | Boston, MA 02110 |
| Tel: 617-395-7000 | Tel: 617-345-3000 |
| Fax: 617-395-7070 | Fax: 617-345-3299 |