UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Saint-Gobain Abrasives

V.                                                  Case No. 05-CV-40035

Pferd, Inc.

## R E C E I P T

Received of the Clerk, U.S. District Court, the following documents and/or exhibits in the above-entitled case:

Document # 38&56

Name: KERRY COLE R.S. EXPRESS
Address: Kneeland ST
Boston MA
Telephone: 617 350-8668

David Pace

Date: 10/16/06

(exh&docs.rct - 09/96)

[rcpt.]
[krcpt.]